1 | **DAVID M.C. PETERSON**
California Bar No. 254498
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone:   (619) 234-8467
4 | Facsimile:    (619) 687-2666
Email:          David_Peterson@fd.org
5 |
6 | Attorneys for Defendant
7 |
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           ) CASE NO. 08MJ1655
                                        )
11 |         Plaintiff,                  )
                                        )
12 | v.                                  )
                                        ) **NOTICE OF APPEARANCE**
13 | SALVADOR GARCIA-GARCIA,             )
                                        )
14 |         Defendant.                  )
                                        )

16 | Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
17 | David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
18 | in the above-captioned case.

19 | Respectfully submitted,

21 | Dated: June 3, 2008                  */s/ DAVID M. C. PETERSON*
                                          DAVID M.C. PETERSON
22 |                                      Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
23 |                                      David_Peterson@fd.org

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

**U S Attorney CR**
U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

Dated:  June 3, 2008                           /s/ DAVID M. C. PETERSON
                                               DAVID M.C. PETERSON
                                               Federal Defenders of San Diego, Inc.
                                               225 Broadway, Suite 900
                                               San Diego, CA  92101-5030
                                               (619) 234-8467  (tel)
                                               (619) 687-2666  (fax)
                                               David_Peterson@fd.org (email)